UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH, | ) Case No.: CV 19-10716-GW-MAAx |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PEDRO'S MEXICAN AND SEAFOOD RESTAURANT, LLC, a California Limited Liability Company; and Does 1-10, | ) |
| Defendants. | ) |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets an Order to Show re: Settlement Hearing for September 3, 2020 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on September 1, 2020.

**IT IS SO ORDERED.**

Dated: July 21, 2020         _____
                             HONORABLE GEORGE H. WU
                             United States District Judge