CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Richard Loa, Esq. SBN: 74714
Law Offices of Richard Loa
536 E. Palmdale Blvd.
Palmdale, CA 93550
Tel: (661)951-6555
Fax: (661) 729-5100
richard@loalaw.com
Attorney for Defendant
Pedro's Mexican and Seafood Restaurant, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO'S MEXICAN AND SEAFOOD RESTAURANT, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:19-cv-10716-GW-MAA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 28, 2020 | CENTER FOR DISABILITY ACCESS |
| 3 | | |
| 4 | | By: /s/ Amanda Seabock |
| 5 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: September 28, 2020 | LAW OFFICES OF RICHARD LOA |
| 8 | | |
| 9 | | By: _[signature]_ |
| 10 | | Richard Loa<br>Attorney for Defendant<br>Pedro's Mexican and Seafood Restaurant, LLC |

**SIGNATURE CERTIFICATION**