JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH, | Case No. CV 19-10716-GW-MAAx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| PEDRO'S MEXICAN AND SEAFOOD RESTAURANT, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: September 28, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE